### No. 10,565.

### EVANS *v.* BLAIR, ET AL.

Decided February 5, 1923.

Action on behalf of a county to recover money illegally paid a commissioner. Judgment for plaintiffs.

*Affirmed.*

*On Application for Supersedeas.*

1.  COUNTIES—*Warrants—Discount.*  A county commissioner, when he receives a warrant in payment of a claim against the county, takes it at its face value, and is not entitled to receive from the county the amount which the warrant may be discounted.

2.  PLEADING—*Abatement—Special Plea.  Buckmaster v. Williams,* No. 10,564, followed in deciding questions of pleading herein.

*Error to the District Court of Morgan County, Hon. H. E. Munson, Judge.*

Mr. ISAAC PELTON, Mr. JOHN F. MAIL, for plaintiff in error.

Mr. CHALKLEY A. WILSON, Mr. J. M. TAYLOR, for defendants in error.

MR. CHIEF JUSTICE TELLER delivered the opinion of the court.

THIS case was tried with No. 10564, decided at this term, and a judgment rendered against the plaintiff in error in favor of the county of Washington for the amount of certain discounts allowed to plaintiff in error, defendant below, on county warrants issued to him for salary, and for some extra services rendered.

The trial court held that the plaintiff in error, who was a county commissioner when he received warrants in payment of his claims against the county, took them at their face value, and rendered judgment accordingly.

The question of pleading presented in this case is the same as that in the case just mentioned, and is determined by the decision of that case. We think the trial court was right in its determination as above stated and the judgment is accordingly affirmed.

MR. JUSTICE SHEAFOR and MR. JUSTICE CAMPBELL concur.